UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

WESLEY ROBERTSON #426696          CASE NO. 1:17-CV-00144 SEC P

VERSUS                            CHIEF JUDGE DRELL

LASALLE CORRECTIONS CORP ET       MAGISTRATE JUDGE PEREZ-MONTES
AL

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a

memorandum order was issued by this court ordering the plaintiff within 30 days of the date of

the order to pay the filing fee or submit an IFP application.  Mover has failed to take the required

action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be,

and hereby is, stricken from the record.

THUS DONE in Chambers on this _____ day of _____, 2017.

Joseph H. L. Perez-Montes
United States Magistrate Judge